*Louis S. Avitabile*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided May 2, 2002

## STATE OF CONNECTICUT *v.* GARY BELL

The defendant's petition for certification for appeal from the Appellate Court, 68 Conn. App. 660 (AC 21374), is denied.

*Moira L. Buckley*, deputy assistant public defender, in support of the petition.

Decided May 2, 2002

## ROBERTA BENEDETTO *v.* SILVIO BENEDETTO

The defendant's petition for certification for appeal from the Appellate Court (AC 21393) is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*James H. Lee*, in support of the petition.

*Richard L. Albrecht*, in opposition.

Decided May 2, 2002

## ROBERTA BENEDETTO *v.* SILVIO BENEDETTO

The defendant's petition for certification for appeal from the Appellate Court (AC 22657) is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.